RECEIVED
IN LAKE CHARLES, LA.
OCT 21 2014
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| PAUL S. HOLLAND, | * CIVIL ACTION NO. 2:13-cv-489 |
| Petitioner, | * |
| v. | * |
| | * JUDGE MINALDI |
| DAVID WADE CORRECTIONAL CENTER, | * |
| Respondent. | * MAGISTRATE JUDGE KAY |

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 20] of the Magistrate Judge previously filed herein, to which the petitioner has filed Objections [Doc. 25], after an independent review of the record, a *de novo* determination of the issues, having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petitioner's application for the writ of *habeas corpus* be and hereby is **DENIED**.

**IT IS FURTHER ORDERED** that considering the record in this case and the requirements of 28 U.S.C. § 2254, the court hereby finds that a certificate of appealability is **DENIED** because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

Lake Charles, Louisiana, this 20 day of October, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE